## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03330-RPM-BNB

RANDY TROYER,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE, Company,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    THIS MATTER having come before the Court on the Stipulation to Dismiss , and the Court having been fully advised in the premises, hereby

    ORDERED that this action is DISMISSED.

    DATED: January 30th, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge